FILED
U.S. District Court
District of Kansas

9/2/2021

Clerk, U.S. District Court
By \_\_\_AA\_\_\_ Deputy Clerk

# UNITED STATES DISTRICT COURT
## District of Kansas

UNITED STATES OF AMERICA,

    Plaintiff,

v.   CASE NO. 21-6157-01-GEB

ERIC BEYER, JR.,

    Defendant.

## COMPLAINT

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1

**Sexual Exploitation of a Child – Production of Child Pornography**
**18 U.S.C. § 2251(a)**

On or about August 8, 2021, in the District of Kansas, the defendant,

**ERIC BEYER, JR.,**

knowingly used, persuaded, induced, enticed, and coerced a minor, Minor Victim 2 known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, and knowing such visual depiction would be transmitted using any means or facility of interstate or foreign commerce and in and affecting interstate or foreign commerce, and such visual depiction was transmitted using any means or facility of interstate or foreign commerce and in and affecting interstate or

foreign commerce, in violation of Title 18 U.S.C. § 2251(a).

## COUNT 2

### Sexual Exploitation of a Child – Production of Child Pornography
### 18 U.S.C. § 2251(a)

On or about August 14, 2021, in the District of Kansas, the defendant,

**ERIC BEYER, JR.,**

knowingly used, persuaded, induced, enticed, and coerced a minor, Minor Victim 3 known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, and knowing such visual depiction would be transmitted using any means or facility of interstate or foreign commerce and in and affecting interstate or foreign commerce, and such visual depiction was transmitted using any means or facility of interstate or foreign commerce and in and affecting interstate or foreign commerce, in violation of Title 18 U.S.C. § 2251(a).

## COUNT 3

### Possession of Child Pornography
### 18 U.S.C. 2252A(a)(5)(B)

On or about September 1, 2021, in the District of Kansas, the defendant,

**ERIC BEYER, JR.,**

knowingly possessed any computer disk and other material which contained an image of

child pornography, as defined in Title 18, United States Code, Section 2256(8)A), that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE.**

_[signature]_
SAGE HEMMERT, Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me, telephonically, this ___2nd___ day of September, 2021.

_[signature]_
THE HONORABLE GWYNNE E. BIRZER
United States Magistrate Judge

**Count 1 and 2**

- Punishable by a term of imprisonment of not more than thirty years (30) years nor less than fifteen (15) years. If such person has a prior conviction under Chapter 110, 109A or 117, section 1591, section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any state relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or sex trafficking of children, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, the term of imprisonment shall be not more than fifty (50) years nor less than twenty-five (25) years. If such person has two or more prior convictions under chapter 71, chapter 109A, chapter 110, chapter 117, or section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any state relating to the sexual exploitation of children, the term of imprisonment shall be not less than thirty-five (35) years nor more than life. 18 U.S.C. § 2251(e).

- A term of supervised release of not less than five (5) years and up to life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person. 18 U.S.C. §3014(a)(3).

- An assessment of not more than $50,000.00. 18 U.S.C. § 2259A(a)(3).

**Count 3**

- Punishable by a term of imprisonment of not more than ten years (10) years, and if such person has a prior conviction under Chapter 110, 109A or 117, section 1591, section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any state relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, the term of imprisonment shall be for not less than ten (10) years nor more than twenty (20) years. 18 U.S.C. § 2252A(b)(2).

- A term of supervised release of not less than five (5) years and up to life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000.00.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person.  18 U.S.C. §3014(a)(3).

- An assessment of not more than $17,000.00. 18 U.S.C. § 2259A(a)(3).

## AFFIDAVIT

I, Sage Hemmert, am a Special Agent with the Federal Bureau of Investigation assigned to the office in Garden City, Kansas. This criminal complaint is based on the following facts which were obtained from other duly sworn law enforcement officers based on their interviews and observations:

1) In mid-July of 2021, a 15 year old minor female reported that the user of Snapchat account "luke90669" had attempted to coerce her into producing images of child pornography, that is, the minor engaged in sexually explicit conduct. Highly summarized, after offering to pay the minor for images of the minor's breasts, the user of the "luke90669" account convinced the minor to allow access to her Snapchat account, at which point the subject then threatened to "leak" the photos of the minor's breasts to the friends and family of the minor unless the minor provided more graphic content relating to the minor's genitals.

2) On July 27, 2021, FBI agents obtained and executed a search warrant for the Snapchat account "luke90669," which resulted in Snapchat providing the content of the Snapchat account luke90669.

3) The content of the luke90669 account included several images and videos of child pornography saved to the account, including images and videos of a 14 year old female victim, Minor Victim 1, showing the minor masturbating and displaying her genitalia. Minor Victim 1 had been positively identified by law enforcement.

4) The images and videos of the 14 year old female were obtained by the user of the luke90669 account sometime prior to August 1, 2021, through the use of similar tactics as described by the 15 year old minor.

5) From information derived from the luke90669 account as well as accounts taken over by the subject, agents were able to obtain and execute a search warrant at the residence of Eric Beyer, Jr., in Hutchinson.

6) During the search at the residence, FBI agents located a phone belonging to Eric Beyer, Jr., which was used to operate and access the Snapchat account "luke90669".

7) At the scene of the search warrant in Hutchinson, your affiant conducted a post-Miranda interview of Eric Beyer, Jr. Beyer turned 18 at the start of August, 2021. Beyer stated that the luke90669 account belongs to him, is operated by him alone, that he has control of the account and accesses it regularly. Beyer stated he has saved several nude images and videos of underage females on the account that he has obtained by forcing the females to provide him with sexually graphic material under threat of "leaking" embarrassing images and videos of them. Beyer stated he is aware these females are under the age of 18. Beyer stated the most recent time he accessed the Snapchat account with the child pornography saved to it was on the night of August 31, 2021,

just prior to the search warrant being served at his house. Beyer acknowledged that the device he uses to access the Snapchat account was the Samsung phone.

8) Beyer gave your affiant the password to the luke90669 Snapchat account and gave consent for your affiant to access it. On September 1, 2021, your affiant did access the account and observed that Beyer had been attempting to obtain nude images of females by coercion as recently as August 31, 2021. Your affiant also verified images of child pornography were currently saved to the account, including the images and videos of Minor Victim 1, referenced above.

9) On Beyer's phone, there is a screen recording made on August 8, 2021, of a series of Snapchat messages sent by Minor Victim 2. This recording shows the minor engaged in the lascivious exhibition of her genitals, where the positioning of the minor's body puts the focus on the minor's exposed genitals. Minor Victim 2 has been identified as a 16 year old living in Derby, Kansas.

10) Also on Beyer's phone, there is a screen recording made on August 14, 2021, of a series of Snapchat messages sent by Minor Victim 3. This recording shows the minor engaged in the lascivious exhibition of her genitals and masturbating. Minor Victim 3 has been identified as a 15 year old living in Haven, Kansas.

11) All of the images discussed above would have been transmitted using a facility of interstate commerce, by virtue of the use of Snapchat and the internet to obtain the depictions.

Based on the foregoing, and because Beyer has maintained control of, and regularly accessed, his Snapchat account containing the child pornography he obtained prior to his eighteenth birthday, there is probable cause to find Eric Beyer Jr., residing in Hutchinson, Kansas, has engaged in violations of 18 U.S.C. §2252A(a)(5)(B), Possession of Child Pornography.

Sage Hemmert, Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me telephonically this ___2nd___ day of September 2, 2021.

HONORABLE GWYNNE E. BIRZER
United States Magistrate Judge